COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TRAVIS M. DEHORNEY, TDCJ No. 2027434, | § | No. 08-19-00066-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 83rd District Court of |
| v. | | |
| | § | Pecos County, Texas |
| SHERI TALLEY, M.D., SAMUEL B. ITIE, and M. FUENTES, | | (TC# P-7872-83-CV) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the judgment of the trial court should be affirmed in part and reversed and remanded in part. We therefore affirm the judgment of the trial court insofar as it dismisses Appellant's state law claims pursuant to Chapter 14 of the Texas Civil Practice and Remedies Code. We reverse the judgment of the trial court insofar as it dismisses Appellant's Eighth Amendment claim. That claim is remanded to the trial court for further proceedings.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JANUARY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.